UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENAPU MENA MUDUNG,<br><br>        Petitioner,<br><br>    v.<br><br>DHO-ICE,<br><br>        Respondents. | No.  1:18-cv-00901-AWI-JLT (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. No. 5)**<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE** |

      Petitioner is a detainee in the custody of the Bureau of Immigration and Customs Enforcement proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On July 9, 2018, the Magistrate Judge assigned to the case issued Findings and Recommendation to dismiss the petition without prejudice.  (Doc. No. 5.)  This Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within fourteen days from the date of service of that order.  To date, no party has filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that

1

the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, the Court orders as follows:

1. The Findings and Recommendations, filed July 9, 2018 (Doc. No. 5), is ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE;
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file; and,
4. No certificate of appealability is required.

IT IS SO ORDERED.

Dated:   August 16, 2018

SENIOR  DISTRICT  JUDGE